Christopher E. Hawk, OSB #061635
Chris.Hawk@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: (971) 712-2800
*Attorneys for Plaintiff, Rose City Baseball, DLLC*

Brent H. Blakely (*pro hac vice*)
bblakely@blakelylawgroup.com
Tara A. Currie (*pro hac vice*)
tcurrie@blakelylawgroup.com
BLAKELY LAW GROUP
1108 Manhattan Ave., Unit B
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
*Attorneys for Plaintiff, Rose City Baseball, DLLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **ROSE CITY BASEBALL, DLLC**, an Oregon Company, dba The Portland Pickles<br><br>Plaintiffs,<br><br>v.<br><br>**DISNEY ENTERPRISES, INC.** d/b/a **WALT DISNEY STUDIOS MOTION PICTURES**; and the **WALT DISNEY COMPANY** d/b/a **DISNEY STORES**; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 3:25-cv-00766-AN<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ALL DEADLINES FOR THIRTY (30) DAYS** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Rose City Baseball, DLLC d/b/a The Portland Pickles ("Plaintiff" or "Rose City Baseball") and Defendants Disney Enterprises, Inc., and the Walt Disney Company (collectively, "Defendants") have reached a settlement in principle. The Parties anticipate

that the settlement agreement will be finalized and fully executed within thirty (30) days of the filing of this Notice.

Based on the foregoing, the Parties request that all pending deadlines in this Action be stayed for thirty (30) days in order to allow the Parties sufficient time to finalize and execute the settlement agreement, and avoid spending fees and costs on further litigating this matter.

Plaintiff submits this Notice on behalf of the Parties after receiving authority and concurrence to file this instant document.

DATED:     July 31, 2025          BLAKELY LAW GROUP

*/s/ Brent H. Blakely*
Brent H. Blakely
bblakely@blakelylawgroup.com
Tara A. Currie
tcurrie@blakelylawgroup.com

*Attorneys for Plaintiff Rose City Baseball, DLLC*

## FILER'S ATTESTATION

Pursuant to L.R. 11(b)(2), I attest that all Parties listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED:     July 31, 2025          By:   */s/ Brent H. Blakely*
                                         Brent Blakely

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing **NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ALL DEADLINES** to be served on the following attorneys by the method indicated below on the 31st day of July, 2025:

**Attorneys for Defendant:**

| | |
|---|---|
| Evan Mayor | _____  Via First Class Mail |
| The Walt Disney Company | _____  Via CM/ECF |
| 2121 Avenue of the Stars, Ste. 500 | _____  Via Facsimile |
| Los Angeles, CA 90067 | _____  Via Hand-Delivery |
| (424) 446-7328 | ✓  Via E-Mail |
| Evan.Mayor@disney.com | |

Charles Steinberg
The Walt Disney Company
3400 W. Olive Ave., #2268
MC 7850
Burbank, CA 91505
(818) 560-8026
Charles.J.Steinberg@disney.com

                                        BLAKELY LAW GROUP

By:  */s/ Brent H. Blakely*
Brent H. Blakely
bblakely@blakelylawgroup.com
Tara A. Currie
tcurrie@blakelylawgroup.com

*Attorneys for Plaintiff Rose City Baseball, DLLC*